JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOWARD,                     ) Case No. EDCV 12-01633-OP
                         Plaintiff, )
                                    ) JUDGMENT
            v.                      )
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security,    )
                        Defendant.  )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security and dismissing this action with prejudice.


DATED: April 25, 2013

                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge