JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOWARD,                          ) Case No. EDCV 12-01633-OP
                          Plaintiff,     )
                                         )
                    v.                   ) JUDGMENT
                                         )
CAROLYN W. COLVIN, Acting                )
Commissioner of Social Security,         )
                          Defendant.     )

     Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

     IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: April 25, 2013

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge